```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/28/2020
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
Tommy James Banks,

                Plaintiff,

      -against-

Commissioner of Social Security,
                Defendant.
-------------------------------------------------------------X

19 **CIVIL** 929 (AJN)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated May 27, 2020, the Court having reviewed the R & R for clear error, and found none. The R & R is adopted in its entirety and Defendant's motion to judgment on the pleadings is GRANTED; accordingly, the case is closed.

**Dated:** New York, New York
       May 28, 2020

                                         **RUBY J. KRAJICK**
                                         **Clerk of Court**

              **BY:**
                                             **Deputy Clerk**